O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN RAMIREZ,<br><br>                    Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. ED CV 11-02020 RZ<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: July 27, 2012

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE